PAMELA E. COGAN (SBN 105089)
JENNIFER A. WILLIAMS (SBN 244707)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email:       pcogan@rmkb.com
             jwilliams@rmkb.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

R&L BROSAMER, INC.,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY; AND DOES 1-15,

    Defendant.

CASE NO. CV 08 3607

(Formerly Contra Costa County Superior Court Case No. C08-01605)

DECLARATION OF JENNIFER A. WILLIAMS IN SUPPORT OF DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S PETITION FOR REMOVAL

I, JENNIFER A. WILLIAMS, declare:

1. I am an attorney at law licensed to practice before the courts of the State of California and the U.S. District Court for the Northern District of California, and an associate at the law firm of Ropers, Majeski, Kohn & Bentley, counsel of record for Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual"). The statements herein are of my own personal knowledge and if called as a witness, I could competently testify hereto.

2. On July 22, 2008, I sent a letter via facsimile and mail to plaintiff's counsel, Elisabeth A. Madden and Wallace M. Tice, asking them whether the amount in controversy exceeded $75,000 and if it did, Liberty Mutual would be removing this action to federal court. If the amount in controversy did not exceed $75,000, I asked counsel to sign an enclosed stipulation

RC1/5157695.1/JAW

DECLARATION OF JENNIFER A. WILLIAMS IN SUPPORT OF DEFENDANT'S PETITION FOR REMOVAL

1  limiting the amount in controversy to $75,000 and to return the stipulation to me by July 24,
2  2008. Attached hereto as Exhibit A is a true and correct copy of my letter.
3    3.  Today, plaintiff's counsel notified my office that it would not stipulate that the
4  amount in controversy does not exceed $75,000.
5    4.  I verified with the California Secretary of State, Department of Corporations, via
6  the Internet that R&L Brosamer is incorporated in California and has its principal place of
7  business in California.
8    I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct.
10   Executed this 28th day of July, 2008 at Redwood City, California.

                                             _____
                                                    Jennifer A. Williams

Case 3:08-cv-03607-BZ   Document 3   Filed 07/28/2008   Page 3 of 6

REDWOOD CITY | 1001 Marshall Street
Los Angeles | Suite 300
New York | Redwood City, CA 94063-2052
San Francisco | Telephone (650) 364-8200
San Jose | Facsimile (650) 780-1701
Boston | www.rmkb.com



Jennifer A. Williams
(650) 780-1719

jwilliams@rmkb.com

July 22, 2008

**U.S. Mail and Facsimile**

Elisabeth A. Madden
Wallace M. Tice
LYNCH, GILARDI & GRUMMER, APC
475 Sansome St., #1800
San Francisco, CA 94111

    Re:    R&L Brosamer v. Liberty Mutual Fire Insurance Co.
              Superior Court of California, County of Contra Costa Case No. C08-01605

Dear Ms. Madden and Mr. Tice:

    Our firm has been retained to represent defendant Liberty Mutual Fire Insurance Company in the above-entitled action. Please confirm whether plaintiff is seeking in excess of $75,000 in damages in this action. If not, we request that you please sign the enclosed stipulation to that effect. Otherwise, we will remove the action to Northern District Court.

    Please let me know by July 24, 2008 whether plaintiff is seeking more than $75,000 and, if not, whether you will agree to sign the stipulation. Should you have any questions please do not hesitate to contact me. Thank you.

                                          Very truly yours,

                                          Jennifer A. Williams

JAW/jaw

Enclosure

RC1/5155388.1/JAW

1  PAMELA E. COGAN (SBN 105089)
   JENNIFER A. WILLIAMS (SBN 244707)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       pcogan@rmkb.com
5               jwilliams@rmkb.com

6  Attorneys for Defendant
   LIBERTY MUTUAL FIRE INSURANCE
7  COMPANY

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                       COUNTY OF CONTRA COSTA
10

11 R&L BROSAMER, INC.,                CASE NO. C08-01605
12            Plaintiff,               **STIPULATION TO LIMIT AMOUNT IN CONTROVERSY**
13     v.
14 LIBERTY MUTUAL FIRE INSURANCE
15 COMPANY; AND DOES 1-15,
16            Defendant.
17

18     Plaintiff R&L Brosamer, Inc., through its attorney of record, Elisabeth A. Madden and

19 Wallace M. Tice of Lynch, Gilardi & Grummer, APC, and defendant Liberty Mutual Fire

20 Insurance Company, through its attorney of record, Pamela E. Cogan and Jennifer A. Williams, of

21 Ropers, Majeski, Kohn & Bentley HEREBY STIPULATE AS FOLLOWS:

22     In the present action, plaintiff is not now, nor will it at any time, in any court, seek to

23 recover in excess of $75,000 including special damages, economic damages, general damages,

24 non-economic damages, costs of suit, attorney fees and punitive damages in connection with the

25 subject matter of this litigation.

26 //
27 //
28

RC1/5155382.1/JAW                    - 1 -

**STIPULATION TO LIMIT AMOUNT IN CONTROVERSY**

| | | |
|---|---|---|
| 1 | Dated: July ____, 2008 | LYNCH, GILARDI & GRUMMER, APC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ELISABETH A. MADDEN |
| | | WALLACE M. TICE |
| | | Attorneys for Plaintiff |
| 5 | | R&L BROSAMER, INC. |
| 6 | | |
| 7 | Dated: July ____, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 8 | | |
| | | By: _____ |
| 9 | | PAMELA E. COGAN |
| | | JENNIFER A. WILLIAMS |
| 10 | | Attorneys for Defendant |
| | | LIBERTY MUTUAL FIRE INSURANCE |
| 11 | | COMPANY |

RC1/5155382.1/JAW                       - 2 -

**STIPULATION TO LIMIT AMOUNT IN CONTROVERSY**