1  PAMELA E. COGAN (SBN 105089)
   JENNIFER A. WILLIAMS (SBN 244707)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       pcogan@rmkb.com
5               jwilliams@rmkb.com

6  Attorneys for Defendant
   LIBERTY MUTUAL FIRE INSURANCE
7  COMPANY

FILED
08 JUL 28 PM 3: 57
RICHARD W. WIEKING
U.S. DISTRICT COURT

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3607

| R&L BROSAMER, INC., | CASE NO. |
|---|---|
| Plaintiff, | (Formerly Contra Costa County Superior Court Case No. C08-01605) |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; AND DOES 1-15, | DECLARATION OF JAMES PUGH IN SUPPORT OF DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S PETITION FOR REMOVAL |
| Defendant. | |

I, JAMES PUGH, declare:

1. I am an Assistant Secretary for Liberty Mutual Fire Insurance Company, a defendant in the above-captioned action. I am authorized to and hereby make this declaration on its behalf.

2. The statements herein are of my own personal knowledge and, if called as a witness, I would and could competently testify to them.

3. Liberty Mutual Fire Insurance Company is a corporation organized under the laws of the State of Wisconsin. Liberty Mutual Fire Insurance Company's principal place of business is in Boston, Massachusetts. Liberty Mutual Fire Insurance Company's corporate headquarters

RC1/5157453.1/JAW

DECLARATION OF JAMES PUGH IN SUPPORT
OF DEFENDANT'S PETITION FOR REMOVAL

and principal corporate officers are located in Boston, Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28 day of July, 2008 at Boston, Massachusetts.

_____
James Pugh

JANICE KELLEHER TOWNSEND
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 20, 2009