1  PAMELA E. COGAN (SBN 105089)
   JENNIFER A. WILLIAMS (SBN 244707)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 780-1701
   Email:  pcogan@rmkb.com
5          jwilliams@rmkb.com

6  Attorneys for Defendant
   LIBERTY MUTUAL FIRE INSURANCE
7  COMPANY

FILED
08 JUL 28 PM 3: 57
RICHARD W. WIEKING
U.S. DISTRICT COURT

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

BZ

11 R&L BROSAMER, INC.,                  CV   CASE NO.   3607

12           Plaintiff,                 (Formerly Contra Costa County Superior Court
                                        Case No. C08-01605)
13   v.

14 LIBERTY MUTUAL FIRE INSURANCE        DEFENDANT LIBERTY MUTUAL FIRE
   COMPANY; AND DOES 1-15,              INSURANCE COMPANY'S
15                                      CERTIFICATION OF INTERESTED
             Defendant.                 PARTIES
16
                                        [N.D. L.R. 3-16]

        Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant LIBERTY

MUTUAL FIRE INSURANCE COMPANY, certifies that the following listed persons,

associations of persons, firms, partnerships, corporations or other entities (i) have a financial

interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

financial interest in that subject matter or in a party that could be substantially affected by the

outcome of this proceeding:

26      R&L BROSAMER, INC.              Plaintiff

27      LIBERTY MUTUAL FIRE             Defendant
        INSURANCE COMPANY
28

RC1/5157699.1/JAW                               CERTIFICATE OF INTERESTED PARTIES

1  In addition, the parent corporations of Defendant LIBERTY MUTUAL FIRE
2  INSURANCE COMPANY are:
3      a. Liberty Mutual Holding Company Inc.
4      b. LMHC Massachusetts Holdings Inc.
5      c. Liberty Mutual Group Inc.
6  These representations are made to enable the Court to evaluate possible disqualification or
7  recusal.
8  Dated: July 28, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
JENNIFER A. WILLIAMS.
Attorneys for Defendant LIBERTY
MUTUAL FIRE INSURANCE COMPANY