1  PAMELA E. COGAN (SBN 105089)
   JENNIFER A. WILLIAMS (SBN 244707)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:  (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       pcogan@rmkb.com
5               jwilliams@rmkb.com

6  Attorneys for Defendant
   LIBERTY MUTUAL FIRE INSURANCE
7  COMPANY

FILED
08 JUL 28 PM 3:57
RICHARD W. WIEKING
U.S. DISTRICT COURT
[ILLEGIBLE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BZ

R&L BROSAMER, INC.,                    CASE NO. CV 08 3607

            Plaintiff,                 (Formerly Contra Costa County Superior Court
                                       Case No. C08-01605)
   v.
                                       **PROOF OF SERVICE**
LIBERTY MUTUAL FIRE INSURANCE
COMPANY; AND DOES 1-15,

            Defendant.

RC1/5157689.1/JAW                                              PROOF OF SERVICE

| | |
|---|---|
| CASE NAME: | **R&L Brosamer, Inc. v. Liberty Mutual Fire Insurance Company** |
| ACTION NO.: | |

## PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail      ☐ Facsimile      ☐ Messenger Service

☐ Overnight Delivery      ☐ E-Mail/Eltronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063-2052.

3. On July 28, 2008 I served the following documents:

   **Civil Cover Sheet**

   **Petition for Removal**

   **Notice of Interested Parties**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

   Elisabeth A. Madden
   Wallace M. tice
   Lynch, Gilardi & Grummer
   475 Sansome Street
   Suite 1800
   San Francisco, CA 94111
   Telephone: (415) 397-2800
   Facsimile:   (415) 397-0937

5. I served the documents by the following means:

   a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

RC1/5158269.1/RL1                                                                                              PROOF OF SERVICE

1       c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

3       d. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. (Separate Proof of Transmission by Fax to be provided.)

    e. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2008

Rose Love
Type Name

_Rose Love_
Signature