Elisabeth A. Madden, Esq. (SBN 131172)
Wallace M. Tice, Esq. (SBN 88177)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937
E-Mail: wtice@lgglaw.com
E-Mail: Emadden@lgglaw.com

Attorneys for Plaintiff R. & L. Brosamer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&L BROSAMER, INC.,<br><br>Plaintiff(s),<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; AND DOES 1-15;<br><br>Defendant(s). | Case No.: C08-03607 BZ<br><br>(Formerly Contra Costa County Superior Court, Case No.: C 08-01605)<br><br>**DEMAND FOR JURY TRIAL**<br><br>Case Filed: June 16, 2008<br>Trial Date: Not Set |

Without waiving its right to contest removal from Contra Costa County Superior Court, and pursuant to FRCP 81(c) and Local Rule 3-6, plaintiff R&L BROSAMER, INC. hereby demands a jury trial in this action.

DATED: August 7, 2008

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By _____
Wallace M. Tice, Esq.
Attorneys for Plaintiff R. & L. Brosamer, Inc.

\\Sfdata\Conversion\0871-0003\P\182068.doc

1
**DEMAND FOR JURY TRIAL**