Elisabeth A. Madden, Esq. (SBN 131172)
Wallace M. Tice, Esq. (SBN 88177)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone:    (415) 397-2800
Facsimile:    (415) 397-0937
E-Mail:       wtice@lgglaw.com
E-Mail:       Emadden@lgglaw.com

Attorneys for Plaintiff R. & L. Brosamer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&L BROSAMER, INC.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; AND DOES 1-15;<br><br>    Defendant(s). | Case No.:  C08-03607 BZ<br><br>(Formerly Contra Costa County Superior Court, Case No.:  C 08-01605)<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>Case Filed:    June 16, 2008<br>Trial Date:    Not Set |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:     August 7, 2008

                                LYNCH, GILARDI & GRUMMER
                                A Professional Corporation

                                By _____
                                   Wallace M. Tice, Esq.
                                Attorneys for Plaintiff R. & L. Brosamer, Inc.

\\Sfdata\Conversion\0871-0003\P\182070.doc

1

DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS