Pamela E. Cogan (SBN 105089)
pcogan@rmkb.com
Jennifer A. Williams (SBN 244707)
jwilliams@rmkb.com
Ropers Majeski Kohn & Bentley

1001 Marshall Street, Suite 300

Redwood City, CA 94063

Tel: (650) 364-8200

Facsimile: (650) 780-1701

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R&L Brosamer Inc.,

    Plaintiff,

v.

Liberty Mutual Fire Insurance Company,

    Defendant.

No. C 08-03607 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 13, 2008

_____
Pamela E. Cogan
Attorney for Defendant
Liberty Mutual Fire Insurance Company
(Name of party or indicate "pro se")

RC1/5166763.1/JAW

American LegalNet, Inc.
www.FormsWorkflow.com