1  ELISABETH A. MADDEN (SBN 131172)
   EMadden@lgglaw.com
2  WALLACE M. TICE (SBN 88177)
   WTice@lgglaw.com
3  LYNCH, GILARDI & GRUMMER, APC
   475 Sansome Street, Suite 1800
4  San Francisco, CA 94111
   Telephone: (415) 397-2800
5  Facsimile: (415) 397-0937

6  Attorneys for Plaintiff
   R&L BROSAMER, INC.
7
   PAMELA E. COGAN (SBN 105089)
8  pcogan@rmkb.com
   ROPERS, MAJESKI, KOHN & BENTLEY
9  1001 Marshall Street, Suite 300
   Redwood City, CA 94063
10 Telephone:   (650) 364-8200
   Facsimile:   (650) 780-1701
11
   Attorneys for Defendant
12 LIBERTY MUTUAL FIRE INSURANCE
   COMPANY
13

14             UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 R&L BROSAMER, INC.,                    CASE NO. CV 08-03607 PJH

18            Plaintiff,                  STIPULATION AND [~~PROPOSED~~]
                                          ORDER TO CONTINUE CASE
19 v.                                     MANAGEMENT CONFERENCE

20 LIBERTY MUTUAL FIRE INSURANCE
   COMPANY; and DOES 1-15,
21 Defendants

22

23

24       IT IS HEREBY STIPULATED by and between plaintiff R&L BROSAMER, INC. and

25 defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"), through

26 their respective attorneys of record, as follows:

27       WHEREAS, this matter is set for an Initial Case Management Conference on December

28 11, 2008;

RC1/5218554.1/PEC                                        STIPULATION AND ORDER TO CONTINUE
                                                              CASE MANAGEMENT CONFERENCE
                                                                           CV 08-03607 PJH

WHEREAS, the parties had agreed to a court-sponsored mediation pursuant to ADR Local Rule 6 and the court has ordered that mediation be completed by January 26, 2009 in accordance with the court's October 27, 2008 order; and

WHEREAS the parties believe the case has a reasonable chance of settling at mediation.

Therefore, in the interest of efficiency and avoiding potentially unnecessary expenses and the court's time, the parties requested that the Initial Case Management Conference be continued to February 26, 2009, or to some other date convenient to the court following the mediation.

**IT IS SO STIPULATED.**

Dated: November 21, 2008        LYNCH, GILARDI & GRUMMER, APC

By: _____
ELISABETH A. MADDEN
WALLACE M. TICE
Attorneys for Plaintiff
R&L BROSAMER, INC.

Dated: November 21, 2008        ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

### ORDER

The Initial Case Management Conference, currently scheduled for December 11, 2008, is continued to ~~February~~ March 26, 2009 at 2:30 p.m. The parties are directed to file a Case Management Conference Statement one week prior to the Initial Case Management Conference.

IT IS SO ORDERED.

Dated: 11/25/08                _____
THE HONORABLE PHYLLIS J. HAMILTON

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]

- 2 -
RC1/5218554.1/PEC

CONTINUE CASE MANAGEMENT CONFERENCE
CV 08-03607 PJH

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City